BLANK ROME, LLP
Attorneys for Plaintiff
CHINA NATIONAL CHARTERING CORP.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE HOLWELL

| CHINA NATIONAL CHARTERING CORP., | 07 CV 605 |
|---|---|
| Plaintiff, | 07 Civ. |
| -against- | **VERIFIED COMPLAINT** |
| SUN & STAR INFINITY (H.K.) LTD., | |
| Defendant. | |

Plaintiff, CHINA NATIONAL CHARTERING CORP. ("Plaintiff"), by its attorneys Blank Rome, LLP, complaining of the above-named Defendant, SUN & STAR INFINITY (H.K.) LTD. ("Defendant"), alleges upon information and belief as follows:

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has admiralty jurisdiction under 28 U.S.C. §1333.

2. At all material times, Plaintiff was and now is a foreign company with its offices in Beijing, P. R. China.

3. At all material times, Defendant was and is a foreign corporation or other business entity with its offices c/o their exclusive agents, HSC Hanse Shipping Corp., Vogenstrasse 40, Basel, Switzerland. Defendant has no office or place of business in the United States.

618080.00602/6515104v.1

4.  By a charter party dated December 13, 2006 ("the Charter"), Plaintiff agreed to charter the M/V SWAKOP to Defendant to carry a cargo of bagged white sugar from Santus, Brazil to Jebel Ali, Dubai.

5.  Defendant failed to perform the aforesaid shipment to which it agreed, and Plaintiff sustained damages from Defendant's breach of contract in the sum of at least US$828,125, which sum Defendant promised, but failed, to pay to Plaintiff.

6.  By reason of the premises, Defendant is liable to Plaintiff in the amount of US$828,125, plus interest and costs, no part of which has been paid although duly demanded.

7.  The Charter provided for arbitration of disputes in London. Plaintiff reserves its right to arbitrate the disputes, pursuant to 9 U.S.C. § 8, and has commenced arbitration..

8.  Maritime Arbitrators in London award interest, legal fees and arbitral costs to a successful party. Plaintiff estimates interest will be awarded at the rate of 7% per annum. Plaintiff estimates that interest will accrue for a period of at least three years, in the sum of at least $173,906. Additionally, Plaintiff estimates recoverable legal and arbitral costs in the sum of at least US$200,000 will be incurred in defending the cargo receivers' claims and prosecuting Plaintiff's claim against Defendants.

9.  The total amount of Plaintiff's claims for which Plaintiff requests issuance of Process of Maritime Attachment and Garnishment is **USD$1,202,031.**

10. Defendants cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendants are believed to have or will have during the pendency of this action, assets within this district consisting of cash, funds, freight, hire credits in the hands of garnishees in this District, including but not limited to electronic fund transfers.

**WHEREFORE**, Plaintiff prays:

A.   That process in due form of law issue against the Defendants, citing them to appear and answer under oath all and singular the matters alleged in the Complaint;

B.   That since the Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of Defendants' tangible or intangible property or any other funds held by any garnishee in the district which are due and owing or otherwise the property of to the Defendant up to the amount of **USD$1,202,031** to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.   That this Court enter judgment for Plaintiff's damages plus interest and costs, or retain jurisdiction over this matter through the entry of a judgment on an arbitration award.

D.   That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
    January 25, 2007

                                Respectfully submitted,
                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                CHINA NATIONAL CHARTERING CORP.

                                By_____
                                  Jack A. Greenbaum (JG 0039)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY 10174-0208
                                (212) 885-5000

## VERIFICATION

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF NEW YORK           )

Jack A. Greenbaum, being duly sworn, deposes and says:

1. I am a member of the bar of this Honorable Court and of the firm of Blank Rome LLP, attorneys for the Plaintiff.

2. I have read the foregoing Complaint and I believe the contents thereof are true.

3. The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4. The sources of my information and belief are documents provided to me and statements made to me by representatives of the Plaintiff.

                                                        Jack A. Greenbaum

Sworn to before me this
___ day of January 2007

_____
Notary Public

BOZENA PITERA
Notary Public, State of New York
No. 41-4681077
Qualified in Queens County
Commission Expires March 30, ~~~
Nov. 30, 2010

BLANK ROME, LLP
Attorneys for Plaintiff
CHINA NATIONAL CHARTERING CORP.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA NATIONAL CHARTERING CORP., <br><br> Plaintiff, <br><br> -against- <br><br> SUN & STAR INFINITY (H.K.) LTD., <br><br> Defendant. | 07 Civ. <br><br> **AFFIDAVIT UNDER** <br> **SUPPLEMENTAL RULE B** |

STATE OF NEW YORK     )
                                                )   ss:
COUNTY OF NEW YORK  )

    JACK A. GREENBAUM, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome, LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendant SUN & STAR INFINITY (H.K.) LTD., ("Defendant"), a foreign corporation, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

    2.    Defendant is a party to a maritime contract of charter party and is a foreign corporation with offices in China and no offices or place of business within this judicial district.

618080.00602/6515228v.1

3. Under my supervision, my office did a search of the New York State Secretary of State, Division of Corporations, the Transportation Tickler, telephone assistance, and a general internet search.

4. In our search, we did not find any listing or reference to Defendant in this judicial district or the state of New York. In the circumstances, I believe Defendant cannot be found within this district.

JACK A. GREENBAUM

Sworn to before me this
25th day January, 2007

Notary Public

Notary Public, State of New York
No. 41-4691077
Qualified in Queens County
Commission Expires March 30, ...

Nov. 30, 2010

311808.1
618080.00602/6515228v.1

2