BLANK ROME, LLP
Attorneys for Plaintiff
CHINA NATIONAL CHARTERING CORP.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHINA NATIONAL CHARTERING CORP.,

Plaintiff,

-against-

SUN & STAR INFINITY (H.K.) LTD.,

Defendant.

---

JUDGE HOLWELL

07 CV 605

07 Civ.

**RULE 7.1 STATEMENT**


RECEIVED JAN 25 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CHINA NATIONAL CHARTERING CORP. certifies that, according to information provided to counsel by its clients, CHINA NATIONAL CHARTERING CORP. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         January 25, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
CHINA NATIONAL CHARTERING CORP.

By _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
618080.00602/6515211v.1

1