BLANK ▮ ROME LLP

COUNSELORS AT LAW

*Phone:* (212) 885-5284
*Fax:* (917) 332-3834
*Email.* JGreenbaum@BlankRome.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/5/07

February 26, 2007

**BY HAND**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

Re:   China National Chartering Corp., v . Sun & Star Infinity (H.K.) Ltd.
      07 Civ. 605 (RJH)
      Our Ref. No. 618080-00603

Dear Judge Holwell:

We represent the plaintiff in this matter, and write in connection with your Order dated February 15, 2007 scheduling a status conference on April 13, 2007. We write to request an adjournment of the conference *sine die.*

This is an action for a maritime attachment to obtain security for the plaintiff's claim. The defendant will not be served with the complaint until funds are seized. If Plaintiff were required to notify the defendant of the conference, and therefore of the existence of this action, the defendant would be alerted to divert its fund transfers or other assets in order to avoid attachment. Maritime attachment is an ex parte proceeding for the very purpose of avoiding such a result. Further, the merits of the claim will be determined in arbitration in London Therefore, no purpose would be served by conducting a status conference or requiring a scheduling order.

Thank you for your attention.

SO ORDERED

US DJ
3/2/07

Respectfully submitted,

Jack A. Greenbaum

JAG:eb