UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

---

CHINA NATIONAL CHARTERING CORP.,

                       Plaintiff,

  -against-

SUN & STAR INFINITY (H.K.) LTD.,

                       Defendant.

07 Civ. 605 (RJH)

**ORDER**

---

       By Order dated January 29, 2007, the Court granted the application of plaintiff CHINA NATIONAL CHARTERING CORP. authorizing a Maritime Attachment and Garnishment as to defendant(s) herein. A review of the Court's records indicates no correspondence with the Court since February 26, 2007, or any other proceedings since the entry of the Attachment and Garnishment Order. Accordingly, it is hereby:

       **ORDERED** that plaintiff inform the Court by **September 7, 2007**, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket; and it is further

       **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       August 8, 2007

                                             Richard J. Holwell
                                             United States District Judge